# United States Court of Appeals
## For the Eighth Circuit

_____

No. 22-3614
_____

United States of America

*Plaintiff - Appellee*

v.

Dwayne Warren Gerard, Sr.

*Defendant - Appellant*

_____

Appeal from United States District Court
for the District of North Dakota - Western

_____

Submitted: September 18, 2023
Filed: October 31, 2023
[Unpublished]

_____

Before COLLOTON, GRASZ, and KOBES, Circuit Judges.

_____

PER CURIAM.

Dwayne Gerard pleaded guilty to sexually exploiting children, 18 U.S.C. § 2251(a), (e). His only claim of error is that his sentence is substantively unreasonable. He concedes that he waived his right to appeal in his plea agreement but argues that enforcing the waiver would result in a miscarriage of justice. See United States v. Andis, 333 F.3d 886, 889–90 (8th Cir. 2003) (en banc). Although

the district court[1] imposed a sentence two to three times greater than what the parties recommended, it is still a below-Guidelines sentence. So enforcing the waiver would not work a miscarriage of justice. See United States v. Pierre, 912 F.3d 1137, 1143–44 (8th Cir. 2019). We dismiss the appeal.

_____

[1]The Honorable Daniel L. Hovland, United States District Judge for the District of North Dakota.